**Order entered September 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00001-CV

### THE GOODYEAR TIRE & RUBBER COMPANY, Appellant

### V.

### VICKI LYNN ROGERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL ROGERS, NATALIE ROGERS AND COURTNEY DUGAT, Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-10-03294-E**

## ORDER

The reporter's record in this appeal is overdue. It was first due to be filed February 2, 2015. Court reporter Vikki Ogden was subsequently given until May 7, 2015 to file the record.

On May 11, 2015, Ms. Ogden requested an extension until July 5, 2015, stating that she was working on three other reporter's records, which were due to be filed by June 5, 2015, and that "about 75 percent of [the record in this appeal] is already transcribed." We granted her the extension. On July 8, 2015, she requested an extension until August 31, 2015, explaining she was still working on one of the three other records and she had "been sitting out of court . . . in further effort to meet [a July 24, 2015] deadline." We granted her the extension but cautioned her that failure to timely file the record could result in an order that she not sit as a court reporter until the record is filed.

On August 28, 2015, Ms. Ogden filed a letter asking the Court to "advise" her as to a portion of the record. Specifically, she sought advice with respect to "volume 2," the record of "the MDL pretrial hearing that was held in Houston." According to Ms. Ogden, she obtained "volume 2" from the paralegal of counsel for one of the parties after the reporter who recorded the MDL pretrial hearing, Alexandra McMillen, failed to provide her the record. However, Ms. Ogden stated that "volume 2" lacked an exhibit index and needed to be renumbered. Ms. Ogden further stated "there's a strong possibility" that volume 2 would be filed "without the correct volume changes on the cover page and with no exhibit index" and she wanted to make sure the record would not be rejected. We construed the letter as a request for additional time so she could ensure all volumes complied with the filing requirements and extended the deadline for filing the record to September 4, 2015. We again cautioned Ms. Ogden that failure to timely file the record could result in her not sitting until the record was filed. On September 3, 2015, Ms. McMillen requested an extension of "a few days" to file volume 2, explaining she needed the additional time to "get the pre-trial exhibits and list."

Given that "about 75 percent" of the reporter's record was transcribed by May 11, 2015 and that Ms. Ogden has been granted four extensions in this case, **we ORDER Ms. Ogden to file her portion of the record no later than 5:00 p.m. on Monday, September 14, 2015. We further ORDER Ms. Ogden not sit as a court reporter until she has filed the record.**

We **GRANT** Ms. McMillen's extension request and **ORDER** she file the record of the MDL pretrial hearing no later than Friday, September 18, 2015.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Mark Greenberg, Presiding Judge of County Court at Law No. 5; Ms. Ogden; Ms. McMillen; all parties; and the Dallas County Auditor.

/s/     CRAIG STODDART
JUSTICE